**Order issued January 28, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-14-00816-CV

———————————————

**CUROCOM ENERGY LLC AND CURO HOLDINGS CO. LTD,**
**Appellants/Cross-Appellees**

**V.**

**WOONG SOON EEM AND JASON KIM, Appellees**

**WOOLIM RESOURCES DEVELOPMENT COMPANY, LTD., WOOLIM ENERGY HOLDINGS, LLC AND WOOLIM CONSTRUCTION COMPANY, LTD., Appellees/Cross-Appellants**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2009-06630**

## MEMORANDUM ORDER

On October 10, 2014, Curocom Energy LLC and Curo Holdings Co. Ltd

(collectively, "Curocom") filed an appeal of the trial court's "Order Granting in

Part and Denying in Part Defendants' Motion for Judgment Non Obstante Verdicto" signed on August 19, 2014 and a Final Judgment signed on September 3, 2014. On December 5, 2014, Woolim Resources Development Company, Ltd., Woolim Energy Holdings, LLC, and Woolim Construction Company, Ltd. (collectively, "Woolim") filed a cross-appeal. Curocom filed its opening brief on April 13, 2015. Neither appellees Woong Soon Eem and Jason Kim nor appellees/cross-appellants Woolim have filed briefs. On September 11, 2015, Curocom filed a motion requesting that this Court (1) dismiss Woolim's cross-appeal for want of prosecution and (2) set Curocom's appeal for submission without briefs from appellees Kim and Eem. We grant the motion.

Cross-appellants Woolim have failed to timely file a brief in their cross-appeal. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that their cross-appeal was subject to dismissal, Woolim did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Accordingly, we grant Curocom's motion and dismiss Woolim's cross-appeal for want of prosecution for failure to timely file a brief. The appeal by Curocom remains pending.

Appellees Eem and Kim have failed to file a response brief in Curocom's pending appeal. *See* TEX. R. APP. P. 38.6(b). After being notified that the Court will set this appeal for submission without the appellees' briefs, appellees did not

2

respond. *See* TEX. R. APP. P. 38.9(a). Accordingly, the Curocom appeal will be set for submission without appellees' briefs.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.